IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DALE FOSTER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-22-1581 |
| LOWER LLC., | * | |
| Defendant. | * | |
| | *** | |

## ORDER

In response Plaintiffs' Complaint (ECF No. 1), on August 22, 2022, Defendant Lower LLC filed a Motion to Dismiss (ECF No. 15). On September 7, 2022, Plaintiffs filed an Amended Complaint. (ECF No. 18).

Accordingly, because Lower LLC's Motion to Dismiss does not pertain to the Amended Complaint, it is this 5th day of December, 2022, by the United States District Court for the District of Maryland, hereby:

ORDERED that Lower's Motion to Dismiss (ECF No. 15) is DENIED AS MOOT.


_____/s/_____
George L. Russell, III
United States District Judge