# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Northern Division (Baltimore)

| | |
|---|---|
| DALE FOSTER, DARLA SOLOMON and DAVID LEITHREN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWER LLC,<br><br>Defendant. | Civil Action No. 1:22-CV-1581 (GLR) |

## **ORDER**

Upon consideration of the Consent Motion for Stay of Deadlines Pending Private Mediation filed by Defendant Lower, LLC ("Defendant"), IT IS this 30th day of January, 2023, hereby

**ORDERED** that Defendant's Consent Motion for Stay of Deadlines Pending Private Mediation is **GRANTED**; and it is further

**ORDERED** that all court deadlines are hereby stayed until 30 days following the parties' private mediation, or April 22, 2023.

/s/

GEORGE L. RUSSELL
U.S. DISTRICT COURT JUDGE